UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS DIVISION

| | |
|---|---|
| KEVIN BLACKWELL, et al, <br><br> Plaintiffs, <br><br> v. <br><br> AMSTED RAIL CO., INC., <br><br> Defendant. | Case No.  3:13-cv-0184-MJR-SCW |

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

TO:     ALL PARTIES AND THEIR COUNSEL OF RECORD

Plaintiffs Kevin Blackwell, Keith Brown, Larry Clay, Malvin Crane, Charles Crump, Melvin Edwards, Gilberto Felix, Michael Frick, Daniel Green, Jermaine Hardy, Darrell Hawes, Eric Herter, Robert Hill, Clifford Hopson, Joseph Jackson, Paul James, Melvin Jones, Terrance King, Quinton Little, Jerry Lovett, Arthur Pressley, Parrish Sanders, Bradley Sarginson, Brice Sarginson, Juan Stepney, and Don Tallie voluntarily dismiss their Complaint against Amsted Rail Co., Inc. without prejudice under Federal Rule of Civil Procedure 41(a)(1). Defendant has neither answered nor filed a responsive pleading.

Dated: April 11, 2013

Respectfully submitted,

| **STUEVE SIEGEL HANSON LLP** | **WEINHAUS & POTASHNICK** |
|---|---|
| */s/ Richard M. Paul III* <br> Richard M. Paul III (MO Bar # 44233) <br> (admitted *pro hac*) <br> Ashlea Schwarz (MO Bar # 60102) <br> (admitted *pro hac*) <br> 460 Nichols Road, Suite 200 <br> Kansas City, Missouri 64112 <br> Telephone:   (816) 714-7100 <br> Facsimile:    (816) 714-7101 | Mark A. Potashnick <br> (Ill. Bar # 6271083) <br> 11500 Olive Boulevard, Suite 133 <br> St. Louis, Missouri  63141 <br> Telephone:   (314) 997-9150 <br> Facsimile:    (314) 997-9170 |

**ATTORNEYS FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing was served on April 11, 2013, on all attorneys of record via the Court's electronic case filing system.

*/s/ Richard M. Paul III*  
**ATTORNEY FOR PLAINTIFFS**
