United States District Court
for the
Southern District of Illinois

| | |
|---|---|
| KEVIN BLACKWELL, et al., ) | |
| ) | |
| ) | |
| Plaintiffs, ) | Case Number: 13-cv-0184-MJR-SCW |
| ) | |
| v. ) | |
| ) | |
| AMSTED RAIL CO., INC., ) | |
| ) | |
| Defendant. ) | |
| ) | |

**<u>JUDGMENT IN A CIVIL ACTION</u>**

Pursuant to Plaintiffs' April 11, 2013 Notice of Voluntary Dismissal and Federal Rule of Civil Procedure 41(a)(1), this case was dismissed without prejudice.

Dated: April 15, 2013

NANCY J. ROSENSTENGEL, Clerk
<u>s/ Debbie DeRousse</u>
Deputy Clerk

Approved: <u>s/ Michael J. Reagan</u>
Michael J. Reagan, U.S. District Judge